UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:14-MJ-01026 |
| | ) | |
| MARIO (LAST NAME UNKNOWN) | ) | JUDGE GRIFFIN |
| A/K/A EL PRIMO | ) | |

GOVERNMENT'S MOTION TO AMEND COMPLAINT
TO REFLECT DEFENDANT'S FULL NAME

The government has now determined that the full name of the defendant in this matter is MARIO A. CARCAMO. The government therefore requests that the complaint in this matter be amended to reflect the defendant's full name.

Respectfully submitted,

DAVID RIVERA
United States Attorney

s/Hilliard H. Hester
HILLIARD H. HESTER
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

GRANTED
[signature]