UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00025 |
| | ) | JUDGE CAMPBELL |
| MARIO A. CARCOMA | ) | |
| DELA MERCADO-CRUZ | ) | |

## ORDER

Pending before the Court is Defendant Dela Mercado-Cruz's Motion For Extension Of Time To Submit Plea Agreement (Docket No. 87). Through the Motion, Defendant Mercado-Cruz requests that the pretrial conference/change of plea hearing, currently set for March 2, 2015, be continued because counsel is scheduled to be in trial for another defendant on that date. The Motion indicates that the Government does not oppose a continuance.

The Motion is GRANTED. Accordingly, the pretrial conference/change of plea hearing is CONTINUED until March 9, 2015, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE